ACCEPTED
03-14-00069-CV
6455569
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 9:05:59 AM
JEFFREY D. KYLE
CLERK

**Jennifer S. Riggs**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jriggs@r-alaw.com

**Jason Ray**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jray@r-alaw.com

# RIGGS & RAY
**A PROFESSIONAL CORPORATION**
**ATTORNEYS AND COUNSELORS**

**506 WEST 14TH STREET, SUITE A**
**AUSTIN, TEXAS 78701**
**512 457-9806 TELEPHONE**
**512 457-9066 FACSIMILE**

**Franklin Hopkins**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
fhopkins@r-alaw.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

August 12, 2015

8/12/2015 9:05:59 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

RE:     Court of Appeals Number:     03-14-00069-CV
        Trial Court Case Number:     D-1-GN-13-002402

Style:  *Harlingen Family Dentistry, P.C.; and Trueblood Dental Associates, P.A.*
        *v. Texas Health and Human Services Commission and Office of the Inspector General*

Dear Mr. Kyle –

        Please accept this letter as a Notice of Change of Address.  The firm of Riggs and Ray,
P.C. has moved.  The new address is:

        Riggs and Ray,P.C.
        506 W. 14th Street, Suite A
        Austin, TX  78701

                                        Respectfully submitted,

                                        Jason Ray
                                        Bar No. 24000511
                                        RIGGS & RAY, P.C.
                                        506 West 14th Street, Suite A
                                        Austin, TX  78701
                                        512 457-9806 Phone
                                        512 457-9066 FAX
                                        jray@r-alaw.com

cc      Ann Hartley